NO. 07-01-0413-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

FEBRUARY 20, 2002
_____

JUAN MANUEL GUERRERO,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 338TH DISTRICT COURT OF HARRIS COUNTY;

NO. 737,398; HON. ELSA ALCALA, PRESIDING
_____

Before BOYD, C.J., QUINN and REAVIS, JJ.

Juan Manuel Guerrero (appellant) appeals from an order revoking his community supervision and sentencing him to two years imprisonment. His appointed counsel, however, has filed 1) a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed.2d 493 (1967) representing that the appeal lacked merit and 2) a motion requesting leave to withdraw as counsel. The record illustrates that said documents were served upon appellant. So too was appellant informed in writing, by both his counsel and this court, of appellant's right to peruse the record and submit a *pro se* response or brief. The deadline by which appellant had to comply was February 19, 2002. To date, we have

received no *pro se* response or brief from appellant nor any communication indicating in any way that he cares to file same.

With regard to the *Anders* brief, appellant's counsel stated that she diligently reviewed the record and that, in her opinion, it reflected no reversible error or arguable grounds for appeal.  So too did she discuss why, under the controlling authority, there was no reversible error below.  *High v. State*, 573 S.W.2d 807, 813 (Tex. Crim. App. 1978).  Then, she concluded that the appeal was without merit.

We have made an independent examination of the record to determine whether there are any arguable grounds meriting appeal as per *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988) and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991), and  found none.  Therefore, counsel's assessment of the appeal is accurate.

Having found no error, we grant the pending motion to withdraw and affirm the final judgment entered below.

> Brian Quinn
> Justice

Do not publish.